UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. _____

MAGGIE WILLIAMS

    Plaintiff,

v.

CONCENTRIX CVG DELAWARE
INTERNATIONAL, INC.

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446 and Local Rule 1.06, Defendant Concentrix CVG Delaware International, Inc. ("Concentrix") hereby gives notice of the removal of this case from the Circuit Court of Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division, and in support thereof states the following:

1.    On or about May 17, 2023, Plaintiff Magie Williams ("Plaintiff") filed a Complaint in the Circuit Court, Hillsborough County, Florida, captioned *Maggie Williams v. Concentrix CVG Delaware International, Inc.*, that was assigned Case No. 23CA012598 (the "Circuit Court Action").

2.    On June 9, 2023, Plaintiff served Concentrix with Summons and a copy of the Complaint in the Circuit Court Action.

3. As required by 28 U.S.C. § 1446(b)(3), Concentrix is filing this Notice of Removal within thirty (30) days of service of the Plaintiff's Complaint, which has made this case removable.

4. Copies of all processes, pleadings, and orders filed in the Circuit Court Action are attached to this Notice of Removal. A copy of the State Court Complaint is attached as Exhibit A, a copy of the State Court docket is attached as Exhibit B, and copies of all remaining State Court documents as Exhibit C, in accordance with 28 U.S.C. § 1446(a).

5. The above-described action is a civil action arising out of Plaintiff's employment with Concentrix.

6. This Court has original federal question jurisdiction under 28 U.S.C. § 1331, and the action may be removed to this Court pursuant to 28 U.S.C. § 1441 because Plaintiff's allegations involve claims arising under the Constitution, laws, or treaties of the United States, which on their face have made this case removable. Specifically, in the State Court Action, Plaintiff asserts claims pursuant to federal law, including race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, disability discrimination and retaliation pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.*, and the Americans with Disabilities Amendments of 2008.

7. A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court, Hillsborough County, Florida, and served upon Plaintiff's counsel in accordance with 28 U.S.C. § 1446(d), attached as Exhibit D.

WHEREFORE, Concentrix hereby gives notice of removal from the Circuit Court, Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: June 29, 2023.

                Respectfully submitted,

                OGLETREE, DEAKINS, NASH, SMOAK
                  & STEWART, P.C.
                9130 S. Dadeland Blvd., Suite 1625
                Miami, Florida 33156
                Telephone:  305.374.0506
                Facsimile:   305.374.0456

                *s/ Gregory R. Hawran*
                Gregory R. Hawran
                 Florida Bar No. 55989
                 gregory.hawran@ogletreedeakins.com

                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Gregory R. Hawran*
Gregory R. Hawran

## SERVICE LIST

*Maggie Williams v. Concentrix CVG Delaware International, Inc.*
*United States District Court for the Middle District of Florida*
CASE NO.: _____

        Daniel H. Hunt
        dhuntlaw@gmail.com
        P.O. Box 565096
        Miami, FL 33256

        *Counsel for Plaintiff*

        Method of Service:  CM/ECF

        Gregory R. Hawran
        gregory.hawran@ogletreedeakins.com
        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.
        9130 S. Dadeland Blvd.
        Suite 1625
        Miami, FL 33156
        Telephone:  305.374.0506
        Facsimile:   305.374.0456

        *Counsel for Defendant*